DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD LEE POTTS; JANICE L. POTTS; SIERRA VIEW CONDOMINIUM ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00091-RCJ-VPC<br><br>**REQUEST FOR ADDITIONAL TIME TO FILE JOINT NOTICE OF INTENT** |

On January 16, 2018, this Court entered an order granting Bayview Loan Servicing, LLC's motion for partial summary judgment, ECF No. 34. The order directed Bayview and Federal Home Loan Mortgage Corporation (**Freddie Mac**) to submit a joint notice of intent to pursue any remaining claims within fourteen days.

///

///

///

///

///

43972962;1

1  Bayview and Freddie Mac are diligently working to determine whether they will pursue any
2  additional claims, and request an additional fourteen days, or until February 13, 2018, to file their joint
3  notice of intent.

5  DATED January 30, 2018.

6  AKERMAN LLP

7  /s/ Natalie L. Winslow, Esq.
   DARREN T. BRENNER, ESQ.
8  Nevada Bar No. 8386
   NATALIE L. WINSLOW, ESQ.
9  Nevada Bar No. 12125
10 1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE
DATED: 2-6-2018

2

43972962;1