1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for Bayview Loan Servicing, LLC
   and Federal Home Loan Mortgage
8  Corporation*

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF NEVADA**

11  BAYVIEW LOAN SERVICING, LLC AND       Case No.: 3:17-cv-00091-RCJ-VPC
    FEDERAL HOME LOAN MORTGAGE
12  CORPORATION,
                       Plaintiffs,         **STIPULATION AND ORDER TO
13  vs.                                     DISMISS WITH PREJUDICE**

14  RICHARD LEE POTTS; JANICE L. POTTS;
    SIERRA VIEW CONDOMINIUM
15  ASSOCIATION; RED ROCK FINANCIAL
    SERVICES, LLC; DOE INDIVIDUALS I-X,
16  inclusive, and ROE CORPORATIONS I-X,
    inclusive,
17
18                     Defendants.

19         PLEASE TAKE NOTE that Bayview Loan Servicing, LLC (**Bayview**), Federal Home Loan

20  Mortgage Corporation (**Freddie Mac**) (collectively **Plaintiffs**), Red Rock Financial Services, LLC

21  (**Red Rock**), and Sierra View Condominium Association (**Sierra View**), by and through their

22  respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice

23  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

45369013;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 1st day of June, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **TYSON & MENDES, LLP** |
| /s/Natalie L. Winslow_____ | /s/Christopher A. Lund_____ |
| DARREN T. BRENNER, ESQ. | THOMAS E. MCGRATH, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 7086 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER A. LUND, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 12435 |
| 1635 Village Center Circle, Suite 200 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89134 | Las Vegas, NV 89169 |
| *Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | *Attorneys for Sierra View Condominium Association* |
| **KOCH & SCOW, LLC** | |
| /s/Steven B. Scow_____ | |
| DAVID R. KOCH, ESQ. | |
| Nevada Bar No. 8830 | |
| STEVEN B. SCOW, ESQ. | |
| Nevada Bar No. 9906 | |
| BRODY R. WIGHT, ESQ. | |
| Nevada Bar No. 13615 | |
| 11500 S. Eastern Avenue, Suite 210 | |
| Henderson, NV 89052 | |
| *Attorneys for Red Rock Financial Services, LLC* | |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _____ June 18, 2018 _____

45369013;1